**JUDGE CARTER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

14 CV 7257

------------------------------------------------------------------X
TRUSTEES of the MASON TENDERS' :
DISTRICT COUNCIL WELFARE FUND, :
PENSION FUND, ANNUITY FUND, and TRAINING : Civil Case No.
FUND, :
  :
            Plaintiffs, : **RULE 7.1 STATEMENT**
  :
    - against - :
  :
SLAVCO CONTRUCTION INC., SLAVCO :
MADZAROV, and FIDELITY & DEPOSIT CO. of :
MD, :
  :
            Defendants. :
------------------------------------------------------------------X



RECEIVED SEP 08 2014 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Trustees of the Mason Tenders' District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Fund (the "Funds") state that the Funds have no parent corporation.

Dated: New York, New York
       September 8, 2014

                                              **PROSKAUER ROSE LLP**
                                              Attorneys for Plaintiffs

                                              By: _____
                                              Anthony S. Cacace
                                              M. Todd Mobley

                                              Eleven Times Square
                                              New York, New York 10036-8299
                                              P: (212) 969-3307
                                              F: (212) 969-2900
                                              acacace@proskauer.com
                                              mmobley@proskauer.com