UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
TRUSTEES OF THE MASON TENDERS' DISTRICT COUNCIL          Civil Action No. 14 CV 7257
                                    (Judge Carter)
WELFARE FUND, PENSION FUND, ANNUITY FUND, and
TRAINING FUND,

                     Plaintiffs,


         – against –


SLAVCO CONSTRUCTION INC., SLAVCO MADZARO,
And FIDELITY & DEPOSIT CO. OF MD,
                  Defendants.
--------------------------------------------------------------------------------X
STATE OF ILLINOIS    )
                 ) ss.:
COUNTY OF DUPAGE  )

      Mark Grena, being duly sworn, deposes and says:  Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of Illinois.

      On September 10, 2014, at approximately 3:50 PM, at 1400 American Lane, Tower 1, 19th Floor, Schaumburg, IL 60196, Deponent served the within Summons in a Civil Action with Attachment A and Complaint with Exhibit A, Civil Cover Sheet, Individual Practices of Andrew L. Carter, Jr., Individual Practices of Magistrate Judge Maas, and Electronic Case Filing Rules & Instructions upon:  **Fidelity & Deposit Co. of MD,** by delivering to and leaving with Jennifer Hover, Legal Assistant, a true and correct copy of said documents.

      At the time of said service, Jennifer Hover confirmed that she is duly authorized to accept service of legal documents on behalf of Fidelity & Deposit Co. of MD.

      Jennifer Hover is described as a White female, approximately 36 years of age, 145 lbs., 5'11" tall, with brown hair.

                                        Mark Grena

Sworn to before me
this
   11th Day of September, 2014

  Jamie N. Grena
    Notary Public

OFFICIAL SEAL
JAMIE N GRENA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/24/15