```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS' DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY FUND, and
TRAINING FUND,
                                    Plaintiffs,

        - against -

SLAVCO CONSTRUCTION INC., SLAVCO MADZARO,
And FIDELITY & DEPOSIT CO. OF MD,
                                    Defendants.
------------------------------------------------------------------X
```

**AFFIDAVIT OF SERVICE**

Civil Action No. 14 CV 7257 (Judge Carter)

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF QUEENS     )

Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

On September 9, 2014, at approximately 2:45 p.m., at the offices of Slavco Construction Inc. located at 164 Getty Avenue, Clifton, NJ 07011, which upon information and belief is the actual place of business of Slavco Madzarov, Deponent served the within Summons in a Civil Action with Attachment A and Complaint with Exhibit A, Civil Cover Sheet, Individual Practices of Andrew L. Carter, Jr., Individual Practices of Magistrate Judge Maas, and Electronic Case Filing Rules & Instructions upon: **Slavco Madzarov,** by delivering to and leaving with Vivian D. Jurcevic, Office Manager, a true and correct copy of said documents.

At the time of said service, Vivian D. Jurcevic confirmed that Slavco Madzarov is employed at the aforementioned address and agreed to accept service on his behalf. Vivian D. Jurcevic acknowledged service by endorsing and dating a copy of the aforementioned Summons. Said acknowledgement is attached hereto.

At the time of said service, Deponent also asked Vivian D. Jurcevic whether Slavco Madzarov is on active duty in any branch of the Uniformed Services of the United States of America, the State of New Jersey, or any other state and Vivian D. Jurcevic responded in the negative.

Vivian D. Jurcevic is described as a White female, approximately 67-75 years of age, 125-140 lbs., 5'6"-5'7" tall, had black hair and wore glasses.

Deponent also states that on September 10, 2014, Deponent served a copy of the aforementioned document upon Latoya Baltimore by depositing a true and correct copy thereof, enclosed in a securely sealed, fully post-paid First Class Mail envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

    Slavco Madzarov
    164 Getty Avenue
    Clifton, NJ 07011.

Deponent also states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee.

_____
Andrew Bartley

Sworn to before me this
11th Day of September, 2014

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qualified in Queens County
Commission Expires November 17, 2017