UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X  **AFFIDAVIT OF SERVICE**

TRUSTEES OF THE MASON TENDERS' DISTRICT COUNCIL       Case No. 14 CV 7257 (ALC)
WELFARE FUND, PENSION FUND, ANNUITY FUND, and
TRAINING FUND,

                                                Plaintiffs,

      - against -

SLAVCO CONSTRUCTION INC., SLAVCO MADZARO,
And FIDELITY & DEPOSIT CO. OF MD,

                                   Defendants.
-------------------------------------------------------------------X
STATE OF NEW YORK         )
                            ) ss.:
COUNTY OF QUEENS       )

      Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

      On September 9, 2014, at approximately 2:45 p.m., at 164 Getty Avenue, Clifton, NJ 07011, Deponent served the within Summons in a Civil Action with Attachment A and Complaint with Exhibit A, Civil Cover Sheet, Individual Practices of Andrew L. Carter, Jr., Individual Practices of Magistrate Judge Maas, and Electronic Case Filing Rules & Instructions upon: **Slavco Construction Inc.,** by delivering to and leaving with Vivian D. Jurcevic, Office Manager, a true and correct copy of said documents.

      At the time of said service, Vivian D. Jurcevic stated that she is duly authorized to accept service of legal documents on behalf of Slavco Construction Inc. and acknowledged service by endorsing and dating a copy of the aforementioned Summons. Said acknowledgement is attached hereto.

      Vivian D. Jurcevic is described as a White female, approximately 67-75 years of age, 125-140 lbs., 5'6"-5'7" tall, had black hair and wore glasses.

                                                                         Andrew Bartley

Sworn to before me this
11th day of September, 2014

_Karlene S. Jackson_
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qualified in Queens County
Commission Expires November 17, 2017